23-cv-5062

Page: 2-13

United States District Court
District of South Dakota

September 18, 2023

Pro Se

William M.A. De Cory
D.O.B. 10-18-1990
   Plaintiff / Petitioner                )    42 U.S.C. § 1983 - Civil Action
                                          )    for Deprivation of Rights.
                                          )
v.                                        )
Regional Health Hospital, et al          )
Defendant / Respondant                    )   Move For In Forma Pauperis Status

Now comes plaintiff / petitioner, William .M.A. De Cory, pro se,
In Forma Pauperis Status to motion the Honorable Courts
to grant me the "Equal Immunities and Privileges"
of the by States, to file this herein 42 U.S.C. § 1983-
Civil Action, because it is my "Due Process Right" as
a "Common Defendar" of the United States of America and
to do so when I believe with all my soverighned
and God believing faith, that my civil rights as a
citizen and by citizen of this great country have
been obstructed or hindered in an act of reprisal
against my dignified and most sincere persons.

   Herein FURTHER I pray the Honorable Courts
grants me my right to proceed in filing my civil
action in the District Court, even though, I am an
indigent inmate, unsentenced and unable to pay

Page: 3-13

the required cost, fee's and fines ordered by the Courts. I also request the Honorable courts waive all filing fee's in Good Faith, because of the arrears in my prior civil action that was denied.

Now so be it,

I William M.A. DeCory allege the following Grounds in this Complaint:

On or about November 17, 2020 in Rapid City, District of South Dakota, I was admitted into Regional Health Hospital, Room 208 (what is now Monument Health Hospital). I was physically assualted, chained to the bed, falsely imprisoned, threatened, sexually assualted with an illegal Search and Seizure of my blood without probable cause, ect. See attachment of "facts in support of the issuance of a Search Warrant" (p 9-13)

Relief:   For the injurys and damages done to my persons and property. I Motion for an "Out of Court Resolution" with the Hospital for a Monetary Settlement of $3 million dollars in a direct payment plan with William M.A. DeCory, notwithstanding any excised tax imposed by the Stat of South Dakota for aiding in the assistance of this herein Motion.

Date: 9-18-2023    By: William Martin Ardene DeCory, 1st
                        William Martin Ardene D

William M.A. DeCory
  # 4000608
Cell Block 5 Cell 9
Pennington County Jail
307 Saint Joseph Street
Rapid City, S.D. 57701

XXAUTO RETURN SERVICE REQUESTED

quadient
FIRST-CLASS MAIL
PRSRT - IMI
$000.57
09/19/2023  ZIP 57701
043M32205448
US POSTAGE

Clerks' Office, U.S. District Court
Andrew W. Bogue Federal Building
And United States Court House
  515 Ninth Street, Room 302
  Rapid City, S.D. 57701